**Kay WOODLING, alias Kay Norberg, et al., Appellants, v. UNITED STATES of America, Appellee.**

No. 10473.

United States Court of Appeals
Sixth Circuit.

Oct. 14, 1948.

Wm. G. Comb, of Detroit, Mich., for appellant.

Thos. P. Thornton, of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

Per Curiam.

This case came on to be heard upon the record and briefs and oral argument of counsel; and it appearing that the verdict of the jury is supported by substantial evidence, and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.

**George TALNICOFF v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3716.

United States Court of Appeals
Tenth Circuit.

Sept. 22, 1948.

Kenneth L. Smith, of Denver, Colo., for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on ground that notice of appeal not filed within time.

**Ronald A. WOODLING, Appellant, v. UNITED STATES of America, Appellee.**

No. 10612.

United States Court of Appeals
Sixth Circuit.

Oct. 11, 1948.

Wm. G. Comb, of Detroit, Mich., for appellant.

Thos. P. Thornton, of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, JJ.

PER CURIAM.

Pursuant to motion of counsel for appellant in open court, it is ordered that the appeal herein be and the same is, dismissed.